IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| VICTORIA KORDA,<br><br>  Plaintiff,<br><br>  v.<br><br>OAHU POLICE CORRECTIONAL, *Police Officer*, *et al.*,<br><br>  Defendants. | Case No. 23-cv-00326-DKW-KJM<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**[1] |

  On August 3, 2023, Plaintiff Victoria Korda, proceeding without counsel, filed a Complaint against "Oahu Police Correctional", "Hawaii State Hospital", "U.S. Post Office", and "Circuit Court."  Dkt. No. 1.  Korda also filed a motion for leave to proceed without prepaying fees or costs ("IFP Application"). Dkt. No. 2.

  Federal courts can authorize the commencement of any suit without prepayment of fees or security by a person who submits an affidavit that demonstrates an inability to pay.  *See* 28 U.S.C. § 1915(a)(1).  While Section 1915(a) does not require a litigant to demonstrate absolute destitution,

---

[1] Pursuant to Local Rule 7.1(c), the Court finds this matter suitable for disposition without a hearing.

*Adkins v. E.I. Du Pont de Nemours & Co*., 335 U.S. 331, 339 (1948), the applicant must nonetheless show that she is "unable to pay such fees or give security therefor," 28 U.S.C. § 1915(a).   Here, because Korda has failed to fully complete the IFP Application, the Court DENIES the IFP application without prejudice to re-filing a new application that complies with the instructions below.

In the IFP Application, Korda states that her take-home pay or wages are $1,000 per month.   She further states that, in the past 12 months, she has received income from "[d]isability, or worker's compensation payments[.]"   Having done so, the IFP Application instructs an applicant to state the amount received, and whether the applicant expects to receive the income in the future.   Dkt. No. 2 at 1.   Korda, however, has done neither.   *See id*.   In addition, Korda failed to indicate whether she has (or has not) received any of the other forms of income listed in Question 3 for "Other Income."   *See id*.   She further failed to state the "approximate value" of the vehicle she listed in Question 5, as the instructions require.   *See id*. at 2.   As a result, without this information, the Court cannot properly assess whether Korda is able to pay the fees for this case and, therefore, the IFP Application, Dkt. No. 2, is DENIED WITHOUT PREJUDICE.

Should Korda decide to continue with this action without paying the filing fee, she must file a new application to proceed *in forma pauperis*, a blank copy of

which the Court will mail to her.  In completing a new application, Korda must fully answer <u>all</u> questions on the form, including the questions concerning the amount of "[d]isability, or worker's compensation payments" she has received in the last 12 months and whether she expects to receive such payments in the future.

Korda may have until **August 25, 2023** to file a new application to proceed in district court without prepaying fees or costs.  **The failure to file a complete application to proceed *in forma pauperis* or pay the civil filing fee may result in the dismissal of this action without further consideration of the merits of the case.**

The Clerk of Court is DIRECTED to mail Korda a blank Application to Proceed In District Court Without Prepaying Fees or Costs (AO 240).

IT IS SO ORDERED.

Dated: August 8, 2023 at Honolulu, Hawaiʻi.



Derrick K. Watson
Chief United States District Judge

---

*Victoria Korda v. Oahu Police Correctional et al*; Civil No. 23-00326 DKW-KJM;
**ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**